UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HORATIO DEMARIOS SMITH,      :
    Plaintiff      :
           :
    v.      :   CIVIL NO. 1:13-cv-2914
           :
R. LINDSEY, *et al.*,      :
    Defendants      :

*O R D E R*

AND NOW, this 14th day of April, 2015, upon consideration of the report and recommendation of the magistrate judge (Doc. 57), filed March 20, 2015, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report (Doc. 57) is adopted.

    2. Defendant's motion for summary judgment (Doc. 16) is GRANTED.

    3. The Clerk of Court shall close this file.

                                   /s/ William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge